IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VICKY WEBER                          )
                                     )
       Plaintiff,                    )
                                     )    Case No. 18-CV-1411
v.                                   )
                                     )
TAYLER WAYNE and                     )
SWIFT TRANSPORTATION CO. OF          )
ARIZONA, LLC,                        )
                                     )
Defendants.                          )

NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, with consent of the Defendants, and hereby NOTIFIES the Court that the parties have reached a settlement, and moves that the Settlement Conference scheduled for April 5, 2019 be cancelled.


/s/Thomas Q. Keefe, III
THOMAS Q. KEEFE, III
Ill. Reg. No. 6294376
Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**