IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICKY WEBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-1411-SMY-RJD |
| | ) |
| TAYLER WAYNE and | ) |
| SWIFT TRANSPORTATION CO. of | ) |
| ARIZONA, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** May 15, 2019        MARGARET M. ROBERTIE,
                              Clerk of Court

                              **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

*Staci M. Yandle*

**STACI M. YANDLE**
**DISTRICT JUDGE**